THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* LILLIAN WILSON *et al.*, Defendants-Appellees.

(Nos. 60030-60038 cons.;

First District (3rd Division)—April 3, 1975.

Opinion by Mr. JUSTICE MEJDA.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Frank J. Parkerson, Assistant State's Attorneys, of counsel), for the People.

Robert B. McGee, of Chicago, for appellees.